# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>SHELBY GARIGEN<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  19-mj-1074<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     SHELBY GARIGEN
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B).

Date:  6/19/19

City and state:     Buffalo, New York

*Issuing officer's signature*

JEREMIAH J. MCCARTHY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/19/2019 , and the person was arrested on *(date)* 06/20/2019 at *(city and state)* _____<br><br>Date: 09/04/2019<br><br>*Arresting officer's signature*<br><br>S. R. Miller/Special Agent<br>*Printed name and title* |