HORIZON HEALTH SERVICES

HORIZON VILLAGE

## STATUS UPDATE REPORT

| | | | |
|---|---|---|---|
| Name: | Shelby Garigen | DOB: | 1/16/1978 |
| Update to: | Jimmy DeMarco | Date: | 12/21/2020 |
| Update from: (counselor) | Rachel Wroblewski, LMSW | Phone: | 716-833-3792 |
| Clinic: | BRC-MH, 1370 Niagara Falls BLVD.<br>Tonawanda NY 14150 | | |

Check appropriate boxes:

1. ☐ Has followed through with orientation.

   ☒ Has an appointment on 12/28/2020 with Rachel.

2. ☐ Failed to keep initial assessment appointment.
3. ☐ Is being assessed for: .

   ☒ Diagnosis of: Anxiety, depression and PTSD.

4. ☐ Failed to complete assessment.
5. ☐ Will be given two weeks to contact agency or will be screened out.
6. ☒ Has completed assessment.
   ☒ Treatment recommended: weekly to bi-weekly 1:1 MH counseling .
   ☐ Treatment NOT recommended: .
7. ☐ Refused treatment.
8. ☒ Is active in treatment.
9. ☐ Has re-involved in treatment.
10. ☒ Is in compliance with treatment recommendations.
11. ☐ Is NOT in compliance with treatment recommendations and attendance in the following areas:
    ☐ Abstinence ☐ Individual Session
    ☐ Support Group ☐ Group Session
12. ☐ Has been discharged due to non-compliance on: .
13. ☐ Has successfully completed treatment on: .
14. ☐ Has been referred to another agency/service.

Comments: Shelby has been linked with this writer since June, 2019. Shelby has remained engaged and cooperative in treatment, is in compliance with treatment recommendations and continues to make measurable progress towards stated goals. Shelby has demonstrated motivation for treatment as evidenced by her commitment to attending scheduled appointments, practicing coping skills taught in session and actively participating in 1:1 sessions. Throughout treatment, Shelby has demonstrated increased insight into symptoms and triggers and her ability to manage symptoms and stressors with healthy coping skills has increased significantly. Shelby is committed to prioritizing her mental health and future goals. Shelby has been open and honest with this writer, willing to address difficult topics and put in the work to make significant and often difficult changes and decisions in order to move forward to a healthier and happier future for her and her family.