UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        -v-

19-CR-206
USCA: Enter USCA #

**CLERK'S CERTIFICATION DOCUMENTS/RECORDS SENT**

SHELBY GARIGEN,
        Defendant.
_____

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

    **Pursuant to the request of the United States Court of Appeals, the original document(s)/record(s) below are being sent via US Mail or Fed Ex? on Date Mailed.**

    **Docket #  All Documents Electronically Filed.**

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/ Suzanne
_____
Deputy Clerk

DATED:    March 10, 2021